# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   ANTHONY JONES & CAROLYN JONES                          Case Number: 08-71926
         2347 KOBEL DRIVE                     SSN-xxx-xx-0173 & xxx-xx-0832
         ROCKFORD, IL  61102

                                                      Case filed on:      6/19/2008
                                                      Plan Confirmed on:
                              U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $4,872.48       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | HAUSELMAN, RAPPIN & OLSWANG LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | GMG MOTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | HAMILTON ACCOUNTS SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | IL DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INDIANA DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ILLINOIS DEPARTMENT OF REVENUE | 1,112.43 | 1,112.43 | 0.00 | 0.00 |
|  | Total Priority | 1,112.43 | 1,112.43 | 0.00 | 0.00 |
| 999 | ANTHONY JONES | 0.00 | 0.00 | 3,597.36 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 3,597.36 | 0.00 |
| 001 | CAR BIZ | 6,000.00 | 6,000.00 | 846.76 | 333.56 |
| 002 | CITIMORTGAGE INC | 203,688.85 | 0.00 | 0.00 | 0.00 |
| 003 | CITIMORTGAGE INC | 34,341.01 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 244,029.86 | 6,000.00 | 846.76 | 333.56 |
| 007 | ASSET ACCEPTANCE CORP | 1,757.51 | 1,493.88 | 0.00 | 0.00 |
| 008 | ASSOCIATED COLLECTORS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | BCCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CITY OF ROCKFORD, DEPT. 5381 | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DIALAMERICA MARKETING, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | HAMILTON ACCOUNTS SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ILLINOIS DEPARTMENT OF REVENUE | 139.31 | 118.41 | 0.00 | 0.00 |
| 019 | NATIONAL ASSET & RISK MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | OSF SAINT ANTHONY MEDICAL CENTER | 1,583.00 | 1,345.55 | 0.00 | 0.00 |
| 021 | PUBLISHERS BILLING EXCHANGE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROCKFORD INFECTIOUS DISEASE | 2,246.00 | 1,909.10 | 0.00 | 0.00 |
| 024 | ROCKFORD MERCANTILE AGENCY INC | 11,015.13 | 9,362.86 | 0.00 | 0.00 |
| 025 | ROCKFORD SURGICAL SERVICE S.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | STAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | WP & L COMPANY DBA ALLIANT ENERGY | 886.10 | 753.18 | 0.00 | 0.00 |
| 028 | THE BUREAUS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | AFNI/VERIZON | 445.58 | 378.74 | 0.00 | 0.00 |
| 030 | PREMIER BANKCARD/CHARTER | 442.48 | 376.11 | 0.00 | 0.00 |
| 031 | JEFFERSON CAPITAL SYSTEMS, LLC | 410.00 | 348.50 | 0.00 | 0.00 |
| 032 | MIDLAND CREDIT MANAGEMENT INC | 4,566.52 | 3,881.54 | 0.00 | 0.00 |
|  | Total Unsecured | 23,491.63 | 19,967.87 | 0.00 | 0.00 |
|  | Grand Total: | 268,633.92 | 27,080.30 | 4,444.12 | 333.56 |

Total Paid Claimant:      $4,777.68
Trustee Allowance:        $94.80              Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00                discharging the trustee and the trustee's surety from any and all
                                              liablility on account of the within proceedings, and closing the estate,
                                              and for such other relief as is just.  Pursuant to FRBP, I hereby
                                              certify that the subject case has been fully administered.

Report Dated:

                                                          /s/ Lydia S. Meyer
                                                        Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009             By  /s/Heather M. Fagan